**Manolito C. FALLORE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 05–3095.**

United States Court of Appeals, Federal Circuit.

April 19, 2005.

*ORDER*

LOURIE, Circuit Judge.

Manolito C. Fallore moves for reconsideration of the court's February 1, 2005 order denying his motion for leave to proceed in forma pauperis. We also treat Fallore's submission as a motion for reconsideration of the court's March 4, 2005 order dismissing his petition for review for failure to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The March 4, 2005 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) Fallore's brief is due within 60 days of the date of filing of this order.

**Kevin R. DOWNING, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

**No. 05–3100.**

United States Court of Appeals, Federal Circuit.

April 19, 2005.

ORDER

Petitioner having paid the docketing fee and file the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due 21 days from the date of this order.